■ JULIA LISS et al., Respondents, v. ANNES HOTELS, INC., Appellant.— Motion to dismiss appeal and to vacate a stay. Motions granted, without costs, and the matter remitted to the Special Term to fix the time and place for the examination. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JOHN HANNA et al., Doing Business under the Name of HANNA FARMS, Respondents, v. ROBERT POTTER, Appellant.— Decision of this court, handed down October 1, 1959, dismissing appeal vacated and set aside and appeal reinstated. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH A. AUGUSTINE, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Application pursuant to section 538 (subd. 1, par. [e]) of the Labor Law by David R. Kochery for an order fixing his fees and disbursements. Application granted and fees are fixed in the sum of $150 and disbursements for printing brief in the sum of $36.75. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KADIO, Appellant.— Motion for assignment of counsel in a *coram nobis* proceeding denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ GLEN PRENTICE, Plaintiff, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Defendants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before December 15, 1959 and are ready for argument at the January 1960 Term of this court, in which event the motion is denied. Present Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.